UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No: 8:14-cr-123-T-36MAP

JAMES LEE COBB, III
_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Mark A. Pizzo on October 9, 2015 (Doc. 243). In the Report and Recommendation, Magistrate Judge Pizzo recommends that Defendant's Motion for Return of Property (Doc. 183) be denied. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 243) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant's Motion for Return of Property (Doc. 183) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida on November 3, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services